**Order filed October 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-14-00335-CR
01-14-00336-CR
_____

**DAMION GENTRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-061920, 12-DCR-061921**

---

## AMENDED ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2, State's Exhibit 3, State's Exhibit 9, State's Exhibit 10, State's Exhibit 37, and Defendant's Exhibit 1.**

The exhibit clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 2, State's Exhibit 3, State's Exhibit 9, State's Exhibit 10, State's Exhibit 37 and Defendant's Exhibit 1**, on or before November 2, 2015**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 2, State's Exhibit 3, State's Exhibit 9, State's Exhibit 10, State's Exhibit 37 and Defendant's Exhibit 1**, to the clerk of the 240th District Court.


PER CURIAM